IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| HARTFORD FIRE INSURANCE CO., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 08-00623-KD-N |
| | ) | |
| THE MITCHELL COMPANY, INC., | ) | |
| and JOSEPH J. CAMPUS, III, | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Hartford's motion for summary judgment on its declaratory judgment claim is **GRANTED** such that there is no coverage for TMC for Campus' alleged misconduct under the Policy. It is further **ORDERED, ADJUDGED,** and **DECREED** that Hartford's motion for summary judgment on TMC's breach of contract and bad faith counterclaims, as well as TMC's partial motion for summary judgment on Hartford's declaratory judgment claim, are **MOOT.**[1]

**DONE** and **ORDERED** this the **15th** day of **December 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Campus moved for summary judgment as to Hartford's only claim against him: "[t]o the extent that the Court determines that Hartford has any liability to [TMC] under the … Policy, Campus is liable to Hartford in an equal amount and Hartford is entitled to a matching judgment against Campus for any amounts that Hartford may be adjudged liable to [TMC]." (Doc. 1 at ¶72). In light of the foregoing, it is also **ORDERED, ADJUDGED** and **DECREED** that Campus' motion for summary judgment (Docs. 125, 126) is **MOOT.**

1